**Order filed August 7, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-11-00105-CR
_____

**SOLOMON KOFI EQUAM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 184th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1210061**

## O R D E R

Appellant's counsel filed a brief under the authority of *Anders v. California*, 386 U.S. 738(1967), in which he concludes the appeal is wholly frivolous and without merit. On July 12, 2012, this court ordered counsel to file a motion to withdraw and copy of the transmittal letter to comply with the requirements set forth in *Anders.* The order mistakenly stated counsel was appointed.

Because counsel is retained, the motion to withdraw must comply with the requirements of Rule 6.5 of the Rules of Appellate Procedure. *See Lopez v.* State, 283 S.W.3d 479, 480 (Tex. App. -- Texarkana 2009, ). The motion to withdraw must disclose current deadlines and settings, appellant's name and last known address, a statement that a copy of the motion was delivered to appellant, and a statement that appellant was notified in writing of the right to object to the motion. *See* Tex. R. App. P. 6.5(a). Further, it must be delivered to appellant in person or mailed by certified and first-class mail to appellant's last known address. *See* Tex. R. App. P. 6.5(b).

Accordingly, we order Edmond N. O'Suji, to file a motion to withdraw in accordance with Rule 6.5 on or before **August 17, 2012.**

PER CURIAM